Louis Weisberg et al., Copartners, under the Firm Name of Weisberg & Greenwald, Respondents, v. The Art Work Shop, Appellant.

(Submitted October 25, 1929; decided November 19, 1929.)

*William H. Means* for appellant.

*Daniel A. Shirk* and *Milton A. Goldiner* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Lehman, Kellogg, O'Brien and Hubbs, JJ.

In the Matter of Matthew Peters, Appellant.

Willis E. Heaton et al., Composing the Character Committee of the Third Judicial District, Respondent.

(Submitted May 27, 1929; decided November 19, 1929.)

Motion for reargument denied. (See 250 N. Y. 595.)